**No. 40247.**—Protests 854810–G (C), etc., of Carleton Schaller & Co. et al. (New York).

Opinion by KINCHELOE, J. Following *Blatter* v. *United States* (C. D. 71) relating to colored cotton cloth from Belgium the court overruled the protests.

**No. 40248.**—Protests 964242–G, etc., of American Merchandise Co., Inc., et al. (New York).

Opinion by KINCHELOE, J. On the records presented the protests were overruled.

**No. 40249.**—Protest 939779–G of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. It appeared that the collector did not designate the statutory number of packages to be examined. The protest was therefore sustained on the authority of *Freeman* v. *United States* (T. D. 48683).

**No. 40250.**—Protest 920747–G of Portland Trawling Co. (Boston).

Opinion by DALLINGER, J. From the meager record it appeared that the floats and towing chains arrived unaccompanied by complete otter trawl nets. It was held that the burden rested upon the plaintiff to prove that the articles in question are either nets or finished sections of nets as provided in paragraph 1725. On the record presented the protest was overruled. *United States* v. *Schoverling* (146 U. S. 76) cited.

**No. 40251.**—Protest 495179–G of C. A. Haynes & Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Rice* v. *United States* (T. D. 49373) the atomizers in question were held dutiable as household utensils at 40 percent under paragraph 339 as claimed.

**No. 40252.**—Protests 964479–G, etc., of Bushwick Iron & Steel Co., Inc., et al. (New York and Memphis).

Opinion by DALLINGER, J. On the records presented the protests were dismissed on the authority of Abstract 15400.